

**Pillsbury
Winthrop
Shaw
Pittman** LLP

2300 N Street NW
Washington, DC 20037-1122

Tel 202.663.8000
Fax 202.663.8007
www.pillsburylaw.com





USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 2/7/08

February 5, 2008

Karen-Faye McTavish
Phone: 202.663.8581
karen-faye.mctavish@pillsburylaw.com

**By FEDERAL EXPRESS**

Chambers of the Honorable Alvin K. Hellerstein
The United States District Court for the Southern District of New York
Room 1050
United States Courthouse
500 Pearl Street
New York, NY  10007

Re:  **Edward Li v. Chevy's Fresh Mex, Case No. 07CIV9713**

Dear Judge Hellerstein:

My firm represents Chevy's Fresh Mex ("Chevys"), the named defendant in the referenced action. We understand that on November 1, 2007, Edward Li filed the Complaint in this action. Although we have agreed to accept service of the Complaint on behalf of Chevys, we have not been served.

We further understand that there is a conference scheduled in this matter this Friday, February 8, 2008, at 9:30 a.m. Although our client has not yet been served, we would like to participate in the conference, if the Court believes this is appropriate. We respectfully request, however, that we be able to participate telephonically, as we are located in Washington D.C. If this is acceptable, please advise us how to communicate with you on February 8, 2008.

I have sent plaintiff's counsel, Paul Dalnoky, Esq., a copy of this request as well.

Sincerely,

*Karen-Faye McTavish*

Karen-Faye McTavish

cc: Paul Dalnoky, Esq.

[Handwritten annotation: Physical appearances required. If on own request, adjournment may be granted. Proceed under Indiv. Rule 1.D. 2/6/08]

400720056v1