PILLSBURY WINTHROP SHAW PITTMAN LLP
1540 Broadway
New York, New York 10036-4039
(212) 858-1000
Sangita A. Shah (SS 7815)


PILLSBURY WINTHROP SHAW PITTMAN LLP
2300 N Street, NW
Washington, DC 20037-1122
(202) 663-8000
Christine N. Kearns

Attorneys for Defendant
Chevy's Fresh Mex


**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| EDWARD LI,<br><br>　　　　Plaintiff,<br><br>　v.<br><br>CHEVY'S FRESH MEX,<br><br>　　　　Defendant. | 1:07-cv-09713-AKH<br><br>**MOTION FOR ADMISSION**<br>***PRO HAC VICE*** |

　　　　PURSUANT TO LOCAL RULE 1.3(c) of this Court, Defendant Chevy's Fresh Mex, by undersigned counsel, hereby moves this Court for an Order allowing the admission *pro hac vice* of:

　　　　Christine N. Kearns
　　　　PILLSBURY WINTHROP SHAW PITTMAN LLP
　　　　2300 N Street, NW
　　　　Washington, DC 20037-1122
　　　　(202) 663-8000

Ms. Kearns is a member in good standing of the Bar of the State of Maryland and the District of Columbia. There are no pending disciplinary proceedings against Ms. Kearns in any State or Federal court.

Dated:  New York, New York
        February 8, 2008

                                      Respectfully submitted,

                                      PILLSBURY WINTHROP
                                      SHAW PITTMAN LLP

                                      By: _____
                                      Sangita A. Shah (SS 7815)
                                      1540 Broadway
                                      New York, New York 10036-4039
                                      (212) 858-1000

                                      Counsel for Defendant Chevy's Fresh Mex



# District of Columbia Court of Appeals
### Committee on Admissions
500 Indiana Avenue, N.W. — Room 4200
Washington, D. C. 20001
202 / 879-2710

I, GARLAND PINKSTON, JR., Clerk of the District of Columbia Court of Appeals, do hereby certify that

CHRISTINE N. KEARNS

was on the 28th day of November, 1988 duly qualified and admitted as an attorney and counselor and entitled to practice before this Court and is, on the date indicated below, an active member in good standing of this Bar.

In Testimony Whereof, I have hereunto subscribed my name and affixed the seal of this Court at the City of Washington, D.C., on February 7, 2008.

GARLAND PINKSTON, JR., CLERK

By: /s/ M. Chiles
Deputy Clerk

# Court of Appeals
# of Maryland
### Annapolis, MD



## CERTIFICATE OF GOOD STANDING

STATE OF MARYLAND, ss:

    I, Alexander L. Cummings, Clerk of the Court of Appeals of Maryland, do hereby certify that on the twenty-third day of December, 1987,

### Christine Marie Nicolaides

having first taken and subscribed the oath prescribed by the Constitution and Laws of this State, was admitted as an attorney of said Court, is now in good standing, and as such is entitled to practice law in any of the Courts of said State, subject to the Rules of Court.

                        **In Testimony Whereof,** I have hereunto set my hand as Clerk, and affixed the Seal of the Court of Appeals of Maryland, this fourth day of February, 2008.

                                        *Alexander L. Cummings*
                              Clerk of the Court of Appeals of Maryland

PILLSBURY WINTHROP SHAW PITTMAN LLP
1540 Broadway
New York, New York 10036-4039
(212) 858-1000
Sangita A. Shah (SS 7815)


PILLSBURY WINTHROP SHAW PITTMAN LLP
2300 N Street, NW
Washington, DC 20037-1122
(202) 663-8000
Christine N. Kearns

Attorneys for Defendant
Chevy's Fresh Mex


**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| EDWARD LI,<br><br>      Plaintiff,<br><br>v.<br><br>CHEVY'S FRESH MEX,<br><br>      Defendant. | 1:07-cv-09713-AKH<br><br>**DECLARATION OF<br>SANGITA A. SHAH<br>IN SUPPORT OF MOTION FOR<br>ADMISSION *PRO HAC VICE*** |

Sangita A. Shah, pursuant to 28 U.S.C. § 1746, declares the following:

1. I am a member in good standing of the Bar of this Court and a senior associate at the firm of Pillsbury Winthrop Shaw Pittman LLP, counsel to Defendant Chevy's Fresh Mex in the above captioned action. I am familiar with the proceedings in this case. I make this statement based on my personal knowledge of the facts set forth herein and in support of Defendant's motion to admit Christine N. Kearns as counsel *pro hac vice* to represent Defendant in this matter.

2.  Ms. Kearns' credentials are set forth in the affidavit attached hereto as Exhibit 1.

3.  I have found Ms. Kearns to be a skilled attorney and a person of integrity. She is experienced in Federal practice and is familiar with the Federal Rules of Procedure.

4.  Upon her admission *pro hac vice*, Ms. Kearns will serve as counsel for Defendant.

5.  For the foregoing reasons, Defendant respectfully requests that this motion be granted. Attached hereto as Exhibit 2 is a proposed order granting the admission of Ms. Kearns, *pro hac vice*.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on February 8, 2008
New York, New York

*Sangita A. Shah*
SANGITA A. SHAH

2

400713617v1

PILLSBURY WINTHROP SHAW PITTMAN LLP
1540 Broadway
New York, New York 10036-4039
(212) 858-1000
Sangita A. Shah (SS 7815)


PILLSBURY WINTHROP SHAW PITTMAN LLP
2300 N Street, NW
Washington, DC 20037-1122
(202) 663-8000
Christine N. Kearns

Attorneys for Defendant
Chevy's Fresh Mex


**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| EDWARD LI,<br><br>  Plaintiff,<br><br>v.<br><br>CHEVY'S FRESH MEX,<br><br>  Defendant. | 1:07-cv-09713-AKH<br><br>**AFFIDAVIT OF**<br>**CHRISTINE N. KEARNS** |

CHRISTINE N. KEARNS, being duly sworn, hereby deposes and says:

1. I am a partner in the law firm of Pillsbury Winthrop Shaw Pittman LLP, resident in the firm's District of Columbia office. We represent Defendant Chevy's Fresh Mex in the above-captioned action.

2. I submit this affidavit in support of Defendant's motion for my admission *pro hac vice*.

2

3.  I manage all East coast employment litigation for Chevy's Fresh Mex, and I believe that my involvement in the instant case is an important component of the firm's representation of the Defendant.

4.  As shown in the certificates of good standing attached hereto as Exhibit A, I am admitted to practice in the District of Columbia and Maryland.

5.  There are no pending disciplinary proceedings against me in any state or federal court.

6.  Wherefore, your affiant respectfully submits that she be permitted to appear as counsel or advocate *pro hac vice* in this one case.

*/s/ Christine N. Kearns*
Christine N. Kearns

Dated: Washington, D.C.
February 7, 2008

Sworn to before me
this 7th day of February 2008

*/s/ Michele Levine*
Notary Public

MICHELE LEVINE
NOTARY PUBLIC DISTRICT OF COLUMBIA
My Commission Expires November 14, 2012

2

400713617v1

PILLSBURY WINTHROP SHAW PITTMAN LLP
1540 Broadway
New York, New York 10036-4039
(212) 858-1000
Sangita A. Shah (SS 7815)


PILLSBURY WINTHROP SHAW PITTMAN LLP
2300 N Street, NW
Washington, DC 20037-1122
(202) 663-8000
Christine N. Kearns

Attorneys for Defendant
Chevy's Fresh Mex


**UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| EDWARD LI,<br><br>              Plaintiff,<br><br>v.<br><br>CHEVY'S FRESH MEX,<br><br>              Defendant. | 1:07-cv-09713-AKH<br><br>**ORDER FOR ADMISSION**<br>*PRO HAC VICE* |

   Upon the motion of Defendant Chevy's Fresh Mex and the sponsor attorney's declaration in support;

**IT IS HEREBY ORDERED** that

   Christine N. Kearns
   PILLSBURY WINTHROP SHAW PITTMAN LLP
   2300 N Street, NW
   Washington, DC 20037-1122
   (202) 663-8000

is admitted to practice *pro hac vice* as counsel for Chevy's Fresh Mex in the above captioned

case in the United States District Court for the Southern District of New York.  All attorneys

appearing before this Court are subject to the Local Rules of this Court, including the Rules governing discipline of attorneys. If this action is assigned to the Electronic Case Filing (ECF) system, counsel shall immediately apply for an ECF password at nysd.uscourts.gov. Counsel shall forward the *pro hac vice* fee to the Clerk of Court.

Dated: New York, New York

_____, 2008

So Ordered:  _____
                       Judge Hellerstein

## CERTIFICATE OF SERVICE

I hereby certify that on this 8th day of February, 2008 the following Motion for Admission Pro Hac Vice and the Accompanying Declaration of Sangita A. Shah were served by Hand Delivery on the following counsel of record:

Paul B. Dalnoky
333 East 6th Street
Apt.# 1N
New York, NY 10003

*Sangita A. Shah*
Sangita A. Shah

400743944v1