PILLSBURY WINTHROP SHAW PITTMAN LLP
1540 Broadway
New York, New York 10036-4039
(212) 858-1000
Sangita A. Shah (SS 7815)



PILLSBURY WINTHROP SHAW PITTMAN LLP
2300 N Street, NW
Washington, DC 20037-1122
(202) 663-8000
Christine N. Kearns

Attorneys for Defendant
Chevy's Fresh Mex

**UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| EDWARD LI,<br><br>                Plaintiff,<br><br>        v.<br><br>CHEVY'S FRESH MEX,<br><br>                Defendant. | 1:07-cv-09713-AKH<br><br>**ORDER FOR ADMISSION**<br>*PRO HAC VICE* |

  Upon the motion of Defendant Chevy's Fresh Mex and the sponsor attorney's declaration in support;

**IT IS HEREBY ORDERED** that

  Christine N. Kearns
  PILLSBURY WINTHROP SHAW PITTMAN LLP
  2300 N Street, NW
  Washington, DC 20037-1122
  (202) 663-8000

is admitted to practice *pro hac vice* as counsel for Chevy's Fresh Mex in the above captioned case in the United States District Court for the Southern District of New York. All attorneys

appearing before this Court are subject to the Local Rules of this Court, including the Rules governing discipline of attorneys. If this action is assigned to the Electronic Case Filing (ECF) system, counsel shall immediately apply for an ECF password at nysd.uscourts.gov. Counsel shall forward the *pro hac vice* fee to the Clerk of Court.

Dated: New York, New York

_____2/15_____, 2008

So Ordered: _____
Judge Hellerstein