**COURTESY COPY**

EXHIBIT A

PILLSBURY WINTHROP SHAW PITTMAN LLP
1540 Broadway
New York, New York 10036-4039
(212) 858-1000
Sangita A. Shah (SS 7815)

*Counsel for Defendant Chevy's Fresh Mex*

**UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK**



EDWARD LI,

    Plaintiff,

v.

CHEVY'S FRESH MEX,

    Defendant.

1:07-cv-09713-AKH

**STIPULATION OF
DISMISSAL WITH PREJUDICE**

It is hereby stipulated and agreed by and between Plaintiff and Defendant (through its undersigned counsel), that the above captioned action is dismissed in its entirety with prejudice, and without costs or attorneys' fees.

Dated: New York, New York
      February 15, 2008

_____
Paul B. Dalnoky
333 East 6th Street
Apt.# 1N
New York, NY 10003
*Counsel for Plaintiff*

_____
Sangita A. Shah
PILLSBURY WINTHROP SHAW PITTMAN LLP
1540 Broadway
New York, NY 10036
(212) 858-1680
*Counsel for Defendant*

So ordered
2-20-08

5

700987913v1